IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CATHY BOLDEN, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. A-10-CV-094-LY |
| | § | |
| AEGIS RECEIVABLES | § | |
| MANAGEMENT, INC., | § | |
| DEFENDANT. | § | |

FILED
2011 JAN 19 AM 11:51
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court in the above styled and numbered cause is Plaintiff's Notice of Withdrawal of Complaint and Voluntary Dismissal of Action with Prejudice Pursuant to Rule 41(a) filed January 14, 2011 (Clerk's Document No. 7). In light of this notice,

**IT IS ORDERED** that all claims brought in this cause are **DISMISSED WITH PREJUDICE.**

SIGNED this _19th_ day of January, 2011.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE