IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2011 JAN 19  AM 11:51
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
       DEPUTY

| | |
|---|---|
| CATHY BOLDEN, § | |
| §PLAINTIFF, § | |
| § | |
| V. § | CAUSE NO. A-10-CV-094-LY |
| § | |
| AEGIS RECEIVABLES § | |
| MANAGEMENT, INC., § | |
| DEFENDANT. § | |

## FINAL JUDGMENT

Before the Court is the above-styled cause of action. On this date, the Court dismissed the claims in this cause with prejudice. Accordingly, the Court renders this final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that all claims in this action are hereby **DISMISSED WITH PREJUDICE**.

**FINALLY IT IS ORDERED** that this action is hereby **CLOSED**.

SIGNED this  19th  day of January, 2011.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE